Eastern District of Kentucky
**FILED**

FEB 22 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 5:18-CR-19-DCR

SCOTT W. SULIK

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2261A(2)

1.  From a date in or about September 2017 until a date in or about December 2017, in Woodford County, in the Eastern District of Kentucky, and elsewhere,

**SCOTT W. SULIK,**

with the intent to injure, harass, and intimidate L.G., used an electronic communication service and an electronic communication system of interstate commerce, to wit, electronic mail, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to L.G., all in violation of 18 U.S.C. § 2261A(2).

### COUNT 2
### 18 U.S.C. § 922(g)(2)

2.  On or about January 10, 2018, in Woodford County, in the Eastern District of Kentucky and elsewhere,

**SCOTT W. SULIK,**

then being a fugitive from justice, to wit, from an arrest warrant issued on or about June 4, 2013 by the Circuit Court of Dane County, Wisconsin, did knowingly possess in and affecting interstate commerce, a firearm, that is, a .22 caliber Ruger MK II semi-automatic pistol (serial number 214-26483) loaded with ten rounds of ammunition, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(2).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461(c)

3. The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of proposing the forfeiture allegations pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

4. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(2) set forth in Count 2 of this Indictment, **SCOTT W. SULIK** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a .22 caliber Ruger MK II semi-automatic pistol (serial number 214-26483) and ten rounds of ammunition.

5. If any of the property described above, as a result of any act or omission of **SCOTT W. SULIK**:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL**

*/s/ Robert M. Duncan, Jr.*
**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**If in violation of a prior court order, pursuant to 18 U.S.C. § 2261(b)(6):** Imprisonment for not less than 1 year and not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNT 2:** Imprisonment for not more than 10 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.