## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

**ACTION NO: 18-CR-19-DCR**                                    **ELECTRONICALLY FILED**

**UNITED STATES**                                                                      **PLAINTIFF**

**VS.**

**SCOTT W. SULIK**                                                                      **DEFENDANT**

### MOTION FOR VARIANCE PURSUANT TO
### *18 U.S.C. §3553(a)(2)*

**\*\*\*\*\*\*\*\*\*\***

Comes now Defendant, by and through counsel, and hereby moves this Court to grant him some relief at sentencing in accordance with the factors set forth in *18 U.S.C. §3553(a)(2)*.   As grounds for his Motion, Defendant has attached his memorandum hereto.

### <u>NOTICE</u>

Please take Notice that the foregoing Motion shall come for hearing at the convenience of the Court.

Respectfully submitted,

OELTGEN & D'AMBRUOSO, PLLC
120 North Mill St., Suite 300
Lexington, Kentucky 40507
(859) 523-1606

BY: /s/ RACHEL D. YAVELAK

## <u>CERTIFICATE</u>

I do hereby certify that I filed the foregoing motion with the Clerk of Court on the 28th day of August 2018 using the CM/ECF system which will send electronic notice of same to the Hon. Andy Boone.

/s/ Rachel D. Yavelak