UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ACTION NO: 18-CR-19-DCR                                    ELECTRONICALLY FILED

**UNITED STATES**                                                              **PLAINTIFF**

**VS.**

**SCOTT W. SULIK**                                                          **DEFENDANT**

ORDER

* * * * * * * * * * * * * * *

On Motion of the Defendant seeking relief under 18 U.S.C. § 3553(a)(2) at his sentencing, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the said Motion is **SUSTAINED**, and the Judgment in a Criminal Case shall issue accordingly.

**So ORDERED** this _____ day of _____, 2018.

_____
JUDGE, U.S. DISTRICT COURT

PREPARED BY;

/s/ Rachel D. Yavelak_____
HON. RACHEL D. YAVELAK
120 North Mill Street, Suite 300
Lexington, Ky 40507
(859) 523-1606